UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE E. GRAVELLE,

    Plaintiff,

vs	Case No: 05-74397
    Honorable Victoria A. Roberts

BANK ONE CORPORATION
PERSONAL PENSION ACCOUNT
PLAN, ET AL,

    Defendants,
_____/

## JUDGMENT

Consistent with the Court's Order filed on March 23, 2007;

**IT IS ORDERED** that Judgment is entered in favor of Defendants.

Dated at Detroit, Michigan on March 23, 2007.

    David J. Weaver
    Clerk of the Court

Approved:

    BY:   /s/ Linda Vertriest


   **/s/ Victoria A. Roberts**
Victoria A. Roberts
United States District Judge